**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-2274**

DILYARA DOSMUKHAMBETOVA,

        Petitioner,

    v.

ERIC H. HOLDER, JR., Attorney General,

        Respondent.

On Petition for Review of an Order of the Board of Immigration
Appeals.

Submitted:  June 29, 2010        Decided:  July 15, 2010

Before MOTZ, DUNCAN, and AGEE, Circuit Judges.

Petition denied in part and dismissed in part by unpublished per
curiam opinion.

Gary J. Yerman, New York, New York, for Petitioner. Tony West,
Assistant Attorney General, John S. Hogan, Senior Litigation
Counsel, Todd J. Cochran, Office of Immigration Litigation,
UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for
Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dilyara Dosmukhambetova, a native and citizen of Russia, petitions for review of an order of the Board of Immigration Appeals (Board) denying her motion to reopen. We have reviewed the administrative record and Dosmukhambetova's claims and find no abuse of discretion in the denial of her motion. See 8 C.F.R. § 1003.2(a) (2010). We accordingly deny the petition for review in part for the reasons stated by the Board. See In re: Dosmukhambetova (B.I.A. Oct. 15, 2009). To the extent Dosmukhambetova challenges the Board's order of January 23, 2009, we note that she has not filed a timely petition for review of that order and thus we are without jurisdiction to review her claims. See Stone v. INS, 514 U.S. 386, 405-06 (1995). We accordingly dismiss the petition for review in part with respect to those claims. Finally, we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED IN PART
AND DISMISSED IN PART

2